Argued and submitted May 13, affirmed December 23, 1992

Michael BEROVIC, D.C.,
*Petitioner,*

*v.*

BOARD OF CHIROPRACTIC EXAMINERS,
*Respondent.*

(CA A71845)

843 P2d 1023

---

Brian R. Barnes, Eugene, argued the cause for petitioner. With him on the brief was Horton & Koenig, Eugene.

John T. Bagg, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Charles S. Crookham, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Before Buttler, Presiding Judge, and Rossman and De Muniz, Judges.

PER CURIAM

Affirmed. *Noren v. Board of Chiropractic Examiners,* 117 Or App 337, 843 P2d 1021 (1992).